■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER LEE MINARICH, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered October 15, 1976, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Minarich*, 60 AD2d 612). Cohalan, J. P., Hawkins and Suozzi, JJ., concur; Titone, J., dissents and votes to reverse the judgment and order a new trial, in accordance with my dissenting memorandum in *People v Minarich* (60 AD2d 612).